# TEXAS COURT OF APPEALS, THIRD DISTRICT, AT AUSTIN

## NO. 03-09-00584-CR

**Danny Lee Yeakley, Appellant**

**v.**

**The State of Texas, Appellee**

## FROM THE DISTRICT COURT OF HAYS COUNTY, 22ND JUDICIAL DISTRICT NO. CR-08-493, HONORABLE WILLIAM HENRY, JUDGE PRESIDING

## M E M O R A N D U M   O P I N I O N

**PER CURIAM**

Appellant's brief was due in this Court on February 19, 2010.  On March 5, we notified appellant's counsel that appellant's brief was overdue and that if we did not receive a satisfactory response from counsel on or before March 15, 2010, a hearing before the district court pursuant to Tex. R. App. P. 38.8(b) would be ordered.  To date, appellant's brief has not been filed, nor have we received a response from counsel.

We therefore abate the cause and remand it to the district court to hold a hearing in accordance with rule 38.8 of the rules of appellate procedure.  Tex. R. App. P. 38.8(b)(2), (3).  The district court shall hold a hearing immediately to determine whether appellant still wishes to prosecute his appeal, whether appellant is indigent, and whether counsel has abandoned the appeal. *See id*.  If appellant desires to appeal and is indigent, the district court should make appropriate

orders to ensure that appellant is adequately represented on appeal. *See id*. Following the hearing, the district court should order the appropriate supplementary clerk's and reporter's records to be prepared and forwarded to this Court no later than May 17, 2010. *See id*.

Before Chief Justice Jones, Justices Pemberton and Waldrop

Abated

Filed: April 15, 2010

Do Not Publish